IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| YVONNE STONE,[1] | § | |
| | § | No. 198, 2022 |
| Respondent Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN19-01311 |
| CALVIN SMITH, | § | Petition No. 22-01774 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: November 17, 2023
Decided: January 12, 2024

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## ORDER

On May 25, 2023, the Court remanded this matter to the Family Court "for the limited purpose of allowing the court to clarify what amount, if any, the [appellant] is obligated to reimburse the [appellee] for the trial testimony of Dr. Zingaro."[2] On remand, the Family Court allowed the parties to supplement the record and thereafter determined that the appellant is obligated to reimburse the appellee for $375, or one-half of Dr. Zingaro's fee for testifying at trial, under the Family Court's January 6, 2020 order addressing the allocation of expenses between the parties. The record supports the Family Court's decision.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).
[2] *Stone v. Smith*, Del. Supr. No. 198, 2022, Traynor, J. (May 25, 2023) (ORDER).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice